IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 21 A 8:23
#152683

_Aloysius Thaddeus HENRY_ )
Full name and prison number )
of plaintiff(s) )
)
)
v. )
) CIVIL ACTION NO. _2:05CV1008-T_
_STATE OF ALABAMA et.al,_ ) (To be supplied by Clerk of
Mayor _City Counsel MR et al._ ) U.S. District Court)
_CITY OF MONTGOMERY, Bob/Bright et al_ )
)
_Chief. Police et.al, CPL, K.D Bowens_ )
)
_Officer. Reeves et.al, Montg. Police Dept._ )
)
_CPL N.T. Burk et.al. AL Detective_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( X )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( X )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  MONTGOMERY COUNTY JAIL P.O. BOX 4599 Montgomery, Ala 36130

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 1005 West South Blvd Shell Station and in Front the Road Area of 1175 West South Blvd Mont. Ala

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS
1. STATE OF Alabama  DA.  251 South Lawrence St Montg. Ala 36104
2. Chief OF Police  City Councelmen  P.O. Box 1111 Montg. Ala 36101-1111
3. STATE OF Ala  11 South Union Street Montg. Ala 36130
4. C.PL. K.D. Bowens  C.PL. N.T. Buce, Officer Reeves  P.O. Box 1111 Montg. Ala 36101  0152  7111
5. Bobbie Bright - ~~City Councilmen~~ Mayor,
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12-2-2004 and The Month OF MARCH 2005, and the 9-12-2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
GROUND ONE: To be Falsely imprisonment, Deprived of my Liberty. To be Falsely Arrested, Officer'S did not question Witnesses They did Not Investigate The crime scean at all. To only Belive The W/M and Not Listen To The Accuse B/M At All. Where B/M Ask'd For The K-9 unit To be Present, and Detectives. 2 The officers acted with Neglence, Malice Acted with Ill-will and Also Racial Discrimination and Evil Acts. While Acting under color of State and Federal laws. To clearly Violate The Equal Protection of A Citizen. They would Not even Look At The Video Tape in the Store and American

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

The Officers violated Their own Rules and Regulations, Laws of The Constitution S.O.P, And to violate the equal Rights of A Citizen was wrongful, where The officials Acted with Deliberate, wrongful Acts in an Indifference Manner To clearly Violate Accuse's Constitutional Rights To equal Protection of The law. where they did nothing To correct Their wrongness.

**GROUND TWO:** During The Month Of March 2005. A Bogus Indictment was Return on the Accuse. Not Signed. A.R.C. 12.8(b)

**SUPPORTING FACTS:** The Indictment Clearly violated The Constitution Of Alabama ARTICAL 1-45 1901, and 12.8(b) where it is forbidden That Any statute Embrace Another STATUE, where it make The Robbery 1st Indictment Bogus and it violates the Single Subject Requirement of the Constitution. The indictment must have every "Element" in the offence To Pass The Constitutional Masters.

**GROUND THREE:** To with hold evidence From The grand Jury as To The Amount of Currency Allegedly was Taken when The D.A. New.

**SUPPORTING FACTS:** where Their was A Report done on the Amount That Allegedly was Taken. Also After Accuse was Hand Cuff Officers Reevs, and Bowens Removed Assorted Papers, and (3) Pocket Knifes From Accuse's Pocket. Then all of a sutton only one shows up, Denid to have witness, and I was missRepresented by 2 State Appointed Counsel. Received an Illegal Sentence by using a drug Conviction, which drug's are in a class of it's own From Judge Charles Price. State violated clearly 1-27-2005 For The Plaintiff Not to be heard are to Cross-Examine the wittnesses That were Testifying against him. under Alabama Rules of court 5.3 and ARTICAL 1-6 of The Constitution 1901 State violated the equal Protection Rights of The Accuse unlawfully

STATE Violated Accuse Rights to equal protection by striking all (9) potentia white Jury Members This was a Purposeful Discrimination in striking of potential white Jurors. BASTON V. KENTUCKY U.S.C.A. CONST. AMEND 14.

Ground Four: To Clearly Violate The Accuses equal Protection and constitutional Rights That has been guarnteed to him by Law and the Consitution of The United States, Accuse was denied A Lie Dector Test of The Truth.

SUPPORTING FACTS: Upon Being Arrested on a Bogus Fake Robbery charge 12-2-2004, Officials Removed 3 Pocket Knifes From Them Accuse, officials Also would not Look at the Video Tape's From The Store's exteria and interia Cameras, From The Speedy's and From The Ammaco Service Stations on The South West Blvd in Montgomery Ala. Which Would have show'd the Alleged victom enter the Store Thice at Speedy's. Were he Stated he Never got out of his car. Also The STATE Clearly Violated the Accuses constitutional Rights Not To Allow him witness at his Preliminary Hearing, Not To Allow The Sopena of The Video Tapes From The Stores To clearly violate established Laws Their is A Casual connection between constitutional violations and Rules and Regulations That the officials were To Follow while Acting under color of state and Federal Law's To Clearly Violate Accuses Constitutional Rights and the Rules and Regulations of The Alabama Rules of Court Procedings. Not To Proprely Investigate on Behalf of The Accuse Cause'd Obstruction of Justice by The Officials And a Racial Discrimination wrongful Act, Malice Negeence and Ill will were Attorney with held letter and statement from Accuse's wittness. Anthony Todd carter Unlawfully violated the equal Protection of The Accuse.

[margin note:] Note Talk with wittness, call The Detectives Nothing Just went on what The white-Boy said, Paid The B-Boy Black No Attention at all acted With Bias and Racial Discrimination Reckless Disregaurd

<u>Ground Five</u>: The wrongful Acts of the official while acting under color of State law To clearly violate Accuses Rights and Constitutional Rights Which Prejudice The substantial Rights of The Accuse.

<u>SUPPORTING FACTS</u>: It States That the Sixth Amendment Guarantees His And every Defendant a legal Right to be Informed of Government Accusations against Them were An INDICTMENT MUST Contain Every "<u>ELEMENT</u>" OR Charge in The offense To Pass The constitutional Masters U.S.C.A. Const. AMEND 6th <u>U.S. V. SCOTT</u>, 993 F.2d 1520. were THIS INDICTMENT was NOT A TRUE BILL Return by The grand Jury in MARCH 2005. All The Elements were Not listed in the Indictment To be Charged as of The Code OF ALA 13A-8-41 were <u>serious Physical Injury was Not Mention in the Indictment Anywhere</u>, Which it is a <u>Element in Robbery 1st Degree</u> under criminal code Ala <u>13A-8-41</u>. The INDICTMENT was NOT signed Also as Provided by law under 12.8(b) by The Foreman. which Make's The Indictment <u>void, No good</u> and a Conviction will Not Stand on a void Conviction.

<u>Ground Six</u>: Prosecution misconduct deprived Accuse of A FAIR TRIAL.

<u>SUPPORTING FACTS</u>: Throwout the Trial The misconduct unfairly Prejudiced the Jury against the Accuse, The Repeated Questions and INNuendo Implying About other Felony, That had nothing to do with the Alleged Robbery Charge, The Trial Court Judge Charles Price Failure to adequately Restrain the Prosecutor From asking improper Questions injected Poison of bias and Prejudice in the Mind of The JURY.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

10,000,000 Dollars In Everyone Official Capasity and in their Indivusual Capasity, 10,000,000 Puntive Damages, 10,000,000 Compastory Damages, 10,000,000 Actual Damages Trial BY Jury any other Relief This Court see's Fix.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   10-17-2005  .
                (Date)

Booking 84775
A.I.S. # 152683

_____
Signature of plaintiff(s)

4