Aloysius Thaddeus HENRY
V.
STATE OF ALABAMA, et Al,
Defendants,                                          10-23-05

In the United States District Court
for the Middle District of Alabama.

Come's Now Aloysius Thaddeus Henry, giving notice to the Court of the Address of the Defendants in this Civil Action Chief of Police 320 North Ripley Street Montg. Ala 36104

Also the Address To The Mayor's Office 103 North Perry Street Montgomery, Ala 36104 - 36752 City Hall.

Please Put This Indictment with my 1983 Civil Complaint. ALSO AN EXHIBIT, (1) OF The INDICTMENT That was Return in March 2005; That was Unsigned, void. Also All the Required Elements to show Robbery 1st Degree Under the Statue 13A-8-41 was Not listed in the INDICTMENT. It's Not A True Bill. Where 13A-8-41- Embraced 13A-8-43 Clearly Violated the Constitution Artcal 1-45, 1901

Thank's

Aloysius Thaddeus Henry.
M.C.D.F. P.O. Box 4599
Montg, Ala 36103
4-D-3

RE

# THE STATE OF ALABAMA
## MONTGOMERY COUNTY

Circuit Court of Montgomery County, March 2005

COUNT I: THE GRAND JURY OF MONTGOMERY COUNTY CHARGE THAT, BEFORE THE FINDING OF THIS INDICTMENT,

>    Aloysius Henry, alias
>    Al Henry, alias
>    Al Scott, alias
>    Aloysius Thaddeus Henry, alias
>    Aloysius Thaddus Henry, alias
>    Aloytius Thadius Henry, alias
>    Bigthunder Henry, alias
>    Thunder Henry, alias

WHOSE NAME IS OTHERWISE UNKNOWN TO THE GRAND JURY, DID, IN THE COURSE OF COMMITTING A THEFT OF LAWFUL CURRENCY AND/OR COINAGE OF THE UNITED STATES OF AMERICA, OF SOME VALUE, A BETTER DESCRIPTION OF WHICH IS UNKNOWN TO THE GRAND JURY, USE FORCE AGAINST THE PERSON OF THE OWNER OR ANY PERSON PRESENT, MICHAEL WHALEY, WITH INTENT TO OVERCOME HIS PHYSICAL RESISTANCE OR PHYSICAL POWER OF RESISTANCE, OR THREATEN THE IMMINENT USE OF FORCE AGAINST THE PERSON OF THE OWNER OR ANY PERSON PRESENT, MICHAEL WHALEY, WITH THE INTENT TO COMPEL ACQUIESCENCE TO THE TAKING OF OR ESCAPING WITH THE PROPERTY, WHILE THE SAID ALOYSIUS HENRY, ALIAS, WAS ARMED WITH A DEADLY WEAPON OR DANGEROUS INSTRUMENT, A KNIFE, A BETTER DESCRIPTION OF WHICH IS UNKNOWN TO THE GRAND JURY, IN VIOLATION OF SECTION 13A-8-41 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

*[Handwritten annotations in right margin: "13A-8-41", "– 1st Element", "No 2nd Element"]*

*[Handwritten: "Not Signed →"]* _____
District Attorney, Fifteenth Judicial Circuit of Alabama