IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALOYSIUS THADDEUS HENRY,      )
                              )
        Plaintiff,            )
                              )
v.                            )      CIVIL ACTION NO.  2:05cv1008-T
                              )
STATE OF ALABAMA, et al.,     )
                              )
        Defendants.           )

**ORDER**

On 26 October 2005, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED (1) that the Recommendation is adopted and (2) that the application to proceed in forma pauperis is DENIED and this case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 22nd day of November, 2005.


        /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE